STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR00 00039 |
| Plaintiff, ) | INDICTMENT |
| vs. ) | [18 U.S.C. § 1708] |
| HANNIBAL HUIHUI, ) | |
| Defendant. ) | |

INDICTMENT

Count 1

The Grand Jury charges:

On or about December 3, 1996, in the District of Hawaii, Defendant HANNIBAL HUIHUI did steal, take, and abstract from the mail and from a mail route, a register stamp stock parcel which was being sent to the Eleele, Kauai, Post Office, in violation of Title 18, United States Code, Section 1708.

### Count 2

The Grand Jury further charges:

On or about March 18, 1997, in the District of Hawaii, Defendant HANNIBAL HUIHUI did steal, take, and abstract from the mail and from a mail route, mailed register R613286136, secured in a red/blue plastic postal service security container and dispatched from the Lihue, Kauai Post Office, containing $86,508 in redeemed food stamp coupons which was addressed to the Federal Reserve Bank in San Francisco, California, in violation of Title 18, United States Code, Section 1708.

### Count 3

The Grand Jury further charges:

On or about May 22, 1997, in the District of Hawaii, Defendant HANNIBAL HUIHUI did steal, take, and abstract from the mail and from a mail route, one mail bank coin bag which was

//
//
//
//
//
//
//
//
//
//
//

addressed to the Bank of America, Kapaa, Kauai, in violation of Title 18, United States Code, Section 1708.

DATED: _____, 2000, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
OMER G. POIRIER
Assistant U.S. Attorney

UNITED STATES vs. HANNIBAL HUIHUI
"Indictment"

3