**ORIGINAL**

PS 10
(8/88)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 6 2006

at 1 o'clock and 52 min. PM
SUE BEITIA, CLERK

# United States District Court
## for the
## District of Hawaii

U.S.A. vs Hannibal Huihui                    Docket No. 00-00039SOM-01

TO: ¹**Any United States Marshal or any agent of the FBI**

| WARRANT FOR ARREST OF DEFENDANT |||||
|---|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the Court. |||||
| NAME OF DEFENDANT<br>Hannibal Huihui || SEX<br>Male | RACE<br>Part Hawn | AGE<br>36 |
| ADDRESS(STREET, CITY, STATE)<br>1954 Ala Mahamoe Street<br>Honolulu, Hawaii 96819 |||||
| TO BE BROUGHT BEFORE<br>U.S. District Court - Hawaii<br>Prince Kuhio Federal Building<br>300 Ala Moana Boulevard, Room 7-222<br>Honolulu, HI 96850-7222 |||||
| CLERK<br>Walter A.Y.H. Chinn | (BY) DEPUTY CLERK ||| DATE<br>JAN 3 0 2001 |

| RETURN ||||
|---|---|---|---|
| WARRANT RECEIVED AND EXECUTED<br>2-2-01 | DATE RECEIVED<br>2-2-01 || DATE EXECUTED<br>2-12-01 |
| EXECUTING AGENCY (NAME AND ADDRESS)<br>U.S. Marshals Service, Honolulu Hawaii ||||
| NAME | (BY)<br>Constantin Onland || DATE<br>2-12-01 |

---

¹Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the District of Hawaii;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."